Lawrence P. Eagel (LE4505)
Justin A. Kuehn (JK5853)
BRAGAR WEXLER EAGEL & SQUIRE, P.C.
885 Third Avenue – Suite 3040
New York, NY 10022
Tel.: (212) 308-5858
Fax: (212) 486-0462
eagel@bragarwexler.com
kuehn@bragarwexler.com
*Attorneys for Plaintiffs*

UNITES STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: <br><br> LEHMAN BROTHERS HOLDINGS INC., et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br> (Jointly Administered) |
|---|---|
| MARK MAZZATTA and MICHELE McHUGH-MAZZATTA, <br><br> Plaintiff, <br><br> v. <br><br> LEHMAN BROTHERS OTC DERIVATIVES INC., LEHMAN BROTHERS INC., LEHMAN BROTHERS HOLDINGS, INC., and JPMORGAN CHASE BANK, N.A., <br><br> Defendants. | Adversary Proceeding <br><br> Case. No. 09-01131 (JMP) |

## CERTIFICATE OF SERVICE

I, Anca Laura Szilagyi, hereby certify that on the 25th day of March, 2009, I caused to be served by first class mail, postage prepaid, on the parties on the annexed mailing lists, true copies of the Summons and Complaint in the above-captioned adversary proceeding.

*/s/ Anca Laura Szilagyi*
Anca Laura Szilagyi

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019

Lehman Brothers OTC Derivatives Inc.
745 Seventh Avenue
New York, NY 10019

JPMORGAN CHASE BANK, N.A.
270 Park Avenue
New York, NY 10166

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.

Christopher K. Kiplock
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004