Lawrence P. Eagel (LE4505)
Justin A. Kuehn (JK5853)
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue – Suite 3040
New York, NY 10022
Tel.: (212) 308-5858
Fax: (212) 486-0462
eagel@bespc.com
kuehn@bespc.com

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| MARK MAZZATTA and MICHELE McHUGH-MAZZATTA,<br><br>Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS OTC DERIVATIVES INC., LEHMAN BROTHERS INC., LEHMAN BROTHERS HOLDINGS, INC., and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Adversary Proceeding<br><br>Case. No. 09-01131 |

**STIPULATION OF DISMISSAL**

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree to dismiss the above-captioned adversary proceeding with prejudice, with each party to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable hereto through Federal Rule of Bankruptcy Procedure 7041.

Dated: New York, New York
       July 11, 2013

| BRAGAR EAGEL & SQUIRE, P.C. | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| BY:  /s/Lawrence P. Eagel<br>Lawrence P. Eagel<br>885 Third Avenue, Suite 3040<br>New York, New York 10022<br>Tel: (212) 308-5858<br>Fax: (212) 486-0462<br>*Counsel for Plaintiffs Mark Mazzatta and Michele McHugh-Mazzatta* | BY:  /s/Richard L. Levine<br>Richard L. Levine<br>767 Fifth Avenue<br>New York, New York 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br>*Counsel for Defendants Lehman Brothers OTC Derivatives Inc. and Lehman Brothers Holdings Inc.* |
| HUGHES HUBBARD & REED LLP | WACHTELL, LIPTON, ROSEN & KATZ |
| BY:  /s/Sarah L. Cave<br>Sarah L. Cave<br>One Battery Park Plaza<br>New York, New York 10004<br>Tel: (212) 837-6000<br>Fax: (212) 422-4726<br>*Counsel for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.* | BY:  /s/Amy R. Wolf<br>Amy R. Wolf<br>51 West 52nd Street<br>New York, New York 10019<br>Tel: (212) 403-1000<br>Fax: (212) 403-2000<br>*Counsel for Defendant JPMorgan Chase Bank, N.A.* |

US_ACTIVE:\44291931\2\58399.0011